1  JULIA JAYNE (State Bar No. 202753)
   Email: *julia@jaynelawgroup.com*
2  JAYNE LAW GROUP, P.C.
   803 Hearst Ave.
3  Berkeley, CA 94710
   Telephone: (415) 623-3600
4  Facsimile: (415) 623-3605

5  Attorney for Defendant
   JUAN DANIEL DAGIO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN DANIEL DAGIO,<br><br>    Defendant. | Case No. CR 20-00431 WHO<br><br>**[PROPOSED] ORDER RELEASING DEFENDANT AND CONDITIONS FOR RELEASE PENDING THE REVOCATION HEARING** |

IT IS HEREBY ORDERED that the U.S. Marshals release defendant JUAN DANIEL DAGIO from their custody on **December 19, 2025** in the morning. Upon release, Defendant shall immediately report to the Withdrawal Management Program at HEALTHRIGHT 360[1] located at **1563 Mission Street, San Francisco** and continue to abide by the conditions of his Supervised Release.

Mr. Dagio shall reside at the HEALTHRIGHT 360 and abide by the rules of the facility..

HEALTHRIGHT 360 is recommended because defense counsel submitted an intake form to HEALTHRIGHT 360 on behalf of Mr. Dagio. A notice came back that they will process the form within 24-48 hours *or* the applicant may "walk in" to the program between the hours of 8am – 3pm. The program accepts individuals directly from jail, and the intake form included various

---

[1] Defense counsel contacted Recovery Wellness Center (RWS) and learned that they will not accept Mr. Dagio due to his prior employment with Harbor Lights, which is associated with RWS.

questions about pending charges and jail location.

Mr. Dagio shall be released and report directly to 1563 Mission Street, San Francisco, for intake and remain at the detox program until further notice. The Court and the parties will discuss residential treatment options at the January 12, 2026 hearing.

**IT IS SO ORDERED.**

DATED: December 18, 2025

THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE